HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE F. SHERMAN,<br><br>  Movant,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br>OFFICE OF INSPECTOR GENERAL,<br><br>  Respondent.. | Case No. MS08-5007RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Lawrence Sherman's Motion for an Order Pursuant to the Right to Financial Privacy Act of 1978, 12 U.S.C. §3410. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

ORDERED that the Government file a sworn response to the Motion pursuant to 12 U.S.C. §3410(b) on or before May 12, 2008.

The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se, and to the United States Attorney for the Western District of Washington..

Dated this 1st day of May, 2008.

　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1